St. Louis and St. Joseph R.R. Co. v. Robinson.

ST. LOUIS AND ST. JOSEPH RAILROAD COMPANY, Appellant, *v.* GEORGE E. ROBINSON, Respondent.

1. St. Louis and St. Joseph Railroad Company v. Richardson, *ante,* p. 466, affirmed.

*Dunn & Orrick*, and *Hall & Oliver*, for appellant.

*Vories & Vories*, for respondent.

WAGNER, Judge, delivered the opinion of the court.

This case was argued and submitted in connection with the case of St. Louis and St. Joseph Railroad Company v. Richardson, and the facts and principles are the same.

For the reasons therein given, the judgment of the District Court will be affirmed.    The other judges concur.